IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JULIA L.,[1] | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:19-cv-00230 |
| | ) | |
| ANDREW SAUL, Commissioner, Social Security Administration, | ) ) | By: Elizabeth K. Dillon United States District Judge |
| | ) | |
| Defendant. | ) | |

**ORDER AND FINAL JUDGMENT**

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED as follows:

1. The Report & Recommendation (Dkt. No. 18) is ADOPTED;

2. The Commissioner's motion for summary judgment (Dkt. No. 16) is GRANTED;

3. Julia L.'s motion for summary judgment (Dkt. No. 12) is DENIED;

4. The Commissioner's decision is AFFIRMED; and

5. This matter is STRUCK from the active docket of the court.

The clerk is directed to send a copy of the memorandum opinion and this order to all counsel of record.

Entered: September 29, 2020.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge

---

[1] Due to privacy concerns, the court is adopting the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.